UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

IBRAHIM LAH,

Petitioner,

v.

CHRISTOPHER LAROSE, et al.,

Respondents.

Case No.: 3:26-cv-4752-CAB-JLB

**ORDER:**
**(1) PARTIALLY GRANTING A WRIT OF HABEAS CORPUS; and**

**(2) DENYING AS MOOT MOTION FOR TEMPORARY RESTRAINING ORDER, [Doc. No. 3]**

Pending before the Court is Petitioner Ibrahim Lah's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner asserts that he has been in immigration detention since September 3, 2025 without a bond hearing in violation of the Fifth Amendment. [*Id.* at 6–8.] Respondents acknowledge that courts in this District have ordered bond hearings in similar cases and thus "concede[] that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." [Doc. No. 7 at 1–2.]

Accordingly, the Court **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge by **<u>September 18, 2026</u>**, unless Petitioner requests a continuance. To justify Petitioner's continued detention, the

government must prove by clear and convincing evidence that Petitioner is a danger to the community or a risk of flight. *See Martinez v. Clark*, 124 F.4th 775, 785–86 (9th Cir. 2024). If requested by Petitioner, Respondents shall assist Petitioner in obtaining an audio recording of the bond hearing.

The Court **DENIES AS MOOT** the motion for temporary restraining order. [Doc. No. 3.]

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: September 4, 2026



Hon. Cathy Ann Bencivengo
United States District Judge